DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (SBN 188069)
bill@doylelowther.com
KATHERINE S. DIDONATO (SBN 272704)
kate@doylelowther.com
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (213) 867-1777
Facsimile:  (213) 867-9922

[*Additional Counsel on Signature Page*]

Attorneys for Plaintiffs and the proposed class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE GALITSKI, RICHARD TALIAFERRO and BRIAN NEWBOLD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC, a New York corporation, <br><br> Defendant. | CASE NO. 8:CV-12-00903-CJC (JRPx) <br><br> **STIPULATION RE RELIEF FROM LOCAL RULE 23-3** |

Pursuant to Local Rule 8-3, Plaintiffs Shane Galitski, Richard Taliaferro and Brian Newbold, individually and on behalf of all others similarly situated (collectively "Plaintiffs") and Defendant Samsung Telecommunications America, LLC ("Defendant"), by and through their attorneys of record, hereby agree and stipulate that Plaintiffs be

relieved of the requirement in Local Rule 23-3 of filing a class certification motion within 90 days of service of the complaint, and that the deadline for filing Plaintiffs' class certification motion be set by the Court at the Rule 26 scheduling conference.

Plaintiffs filed a Class Action Complaint on June 6, 2012. The parties have agreed to extend Defendant's response date to Plaintiff's initial Class Action Complaint to August 2, 2012. Local Rule 23-3 requires that Plaintiff file a motion for class certification within 90 days after service of the class action complaint, or by September 5, 2012, unless otherwise ordered by the Court.

The parties mutually request that Plaintiffs be relieved of the requirement of Local Rule 23-3, of filing a class certification motion within 90 days of service of the complaint, and that the deadline for filing Plaintiff's class certification motion be set by the Court at the Rule 26 scheduling conference. The parties mutually agree to have a proposed class certification schedule prepared before the Rule 26 scheduling conference.

IT IS SO STIPULATED.

DATE:       July 24, 2012              Respectfully submitted,

                                             **DOYLE LOWTHER, LLP**
                                             1801 Century Park East, 24th Floor
                                             Los Angeles, CA  90067
                                             213.867.1777 – Telephone
                                             213.867.9922 – Facsimile

                                             By: /s/ *William Doyle*
                                                 William J. Doyle, II (CA SBN 188069)
                                                 bill@doylelowther.com
                                                 Katherine S. DiDonato (CA SBN 272704)
                                                 kate@doylelowther.com

```
                    DOYLE LOWTHER, LLP
                    John A. Lowther (CA SBN 207000)
                    john@doylelowther.com
                    James R. Hail (CA SBN 202439)
                    jim@doylelowther.com
                    10200 Willow Creek Road, Suite 150
                    San Diego, CA  92131
                    858.935.9960 – Telephone
                    858.939.1939 – Facsimile

                    GLYNN LAW GROUP
                    Thomas E. Glynn
                    tom@glynnwgroup.com
                    10200 Willow Creek Road, Suite 170
                    San Diego, CA  92131
                    858.271.1100 – Telephone
                    858.876.1530 – Facsimile

                    THE CONSUMER LAW GROUP
                    Alan M. Mansfield
                    alan@clgca.com
                    10200 Willow Creek Road, Suite 160
                    San Diego, CA  92131
                    619.308.5034 – Telephone
                    888.341-5048 – Facsimile

                    STANLEY-IOLA, LLP
                    Marc R. Stanley
                    marcstanley@mac.com
                    Martin Woodward
                    Scott Kitner
                    310 Monticello Avenue, Suite 750
                    Dallas, TX  75205
                    214.443.4300 – Telephone
                    214.443.0358 - Facsimile
```

**ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS**

Dated:  July 24, 2012

**LYNN TILLOTSON PINKER & COX, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 - Telephone
(214) 981-3839 - Facsimile

By: /s/ *Jeffrey Tillotson*
    Jeffrey M. Tillotson, P.C. (CA SBN 139372)
    jtillotson@lynnllp.com

**ATTORNEYS FOR DEFENDANT
SAMSUNG TELECOMMUNICATIONS AMERICA
L.L.C.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on **July 24, 2012**.

**VIA ECF**
Thomas E. Glynn
tom@glynnlawgroup.com
GLYNN LAW GROUP
10200 Willow Creek Road, Suite 170
San Diego, CA 92131
858.271.1100 – Telephone
858.876.1530 – Facsimile

**VIA ECF**
Alan M. Mansfield
alan@clgca.com
THE CONSUMER LAW GROUP
10200 Willow Creek Road, Suite 160
San Diego, CA 92131
619.308.5034 – Telephone
888.341-5048 – Facsimile

**VIA ECF**
Marc R. Stanley
marcstanley@mac.com
Martin Woodward
Scott Kitner
STANLEY-IOLA, LLP
310 Monticello Avenue, Suite 750
Dallas, Texas 75205
214.443.4300 – Telephone
214.443.0358 – Facsimile

**VIA ECF**
Jeffrey M. Tillotson
jmt@lynnllp.com
jtillotson@lynnllp.com
LYNN TILLOTSON PINKER & COX LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
214.981.3800 - Telephone
214.981.3839 - Facsimile

/s/ *William Doyle*
William Doyle