1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SHANE GALITSKI, RICHARD
TALIAFERRO and BRIAN
NEWBOLD, individually and on behalf
of all others similarly situated,

       Plaintiffs,

v.

SAMSUNG
TELECOMMUNICATIONS,
AMERICA, LLC, a New York
corporation,

       Defendant.

CASE NO. 8:CV-12-00903-CJC (JRPx)

**[PROPOSED] ORDER GRANTING
STIPULATION RE RELEIF FROM
LOCAL RULE 23-3**

      Before the Court is the Stipulation re Relief from Local Rule 23-3 between Plaintiffs Shane Galitski, Richard Taliaferro and Brian Newbold, individually and on behalf of all others similarly situated (collectively "Plaintiffs") and Defendant Samsung Telecommunications America, LLC ("Defendant"). Having considered the Stipulation, the Court finds that good cause exists to relieve the Plaintiff of the requirement of Local Rule 23-3.

      Accordingly, it is hereby ordered that:

1      1. Plaintiff shall be relieved of the requirement in Local Rule 23-3 of filing a class

2   certification motion by September 5, 2012; and

3      2. The motion for class certification and related deadlines will be determined at the

4   Rule 26 scheduling conference.

5

6   **IT IS SO ORDERED.**

7

8   Dated this _____ day of July, 2012.        _____

9                                              HONORABLE CORMAC J. CARNEY
                                               UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28